IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,

    Plaintiff,                    No. CIV S-05-0955 MCE DAD P

    vs.

ARNOLD SWARZENEGGER, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff is an inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  In a motion filed September 21, 2005, but dated September 16, 2005, plaintiff seeks an order directing the United States Marshal to serve a summons and complaint on all named defendants.  By order and findings and recommendations filed September 16, 2005, the undersigned has denied a similar request filed July 8, 2005, and has recommended that this action be dismissed.  Accordingly, IT IS HEREBY ORDERED that plaintiff's September 21, 2005 motion for an order directing the United States Marshal to serve process is denied.

DATED: September 30, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
brow0955.reqsvc