IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,

        Plaintiff,

  v.

ARNOLD SWARZENEGGER, ET AL.,

        Defendants.

No. CIV-S-05-0955 MCE/DAD P

<u>ORDER</u>

    Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On September 16, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.

///

1

Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 16, 2005, are adopted in full;

2. Plaintiff's claims against all defendants residing within the Eastern District of California are dismissed with prejudice as legally frivolous;

3. Plaintiff's claims against all other defendants are dismissed without prejudice to the pursuit of those claims in a court where venue is proper; and

4. This action is dismissed.

DATED: November 3, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2